CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (Superseding) ( x )
Complaint ( )
Information ( )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense Davidson
AUSA's NAME Kathryn D Risinger

Reviewed by AUSA KDR
(Initials)

Maikel Jesus Albornoz Jimenez
Defendant's Full Name

Interpreter Needed? x Yes ___ No

Defendant's Address

If Yes, what language? Spanish

Juni Ganguli
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX PRISON (plus any mandatory minimum) | MAX FINE |
|---|---|---|---|---|
| 1 | 21 U S C § 846 | Drug Conspiracy | Man Min 5 years Max 40 years | $5,000,000 |
| 2 | 18 U S C § 933(a)(1) and (3) | Gun Trafficking Conspiracy | 15 Years | $250,000 |
| 3, 7, 13, 14, 18, 19, 22, 23, 25, 26, 29, 31 | 21 U S C § 841(a)(1) | Distribution and Possession with Intent to Distribute a Controlled Substance | 20 Years | $1,000,000 |
| 4, 5, 6, 9, 10, 11, 12, 15, 17, 20, 21, 24, 28, 30, 33 | 18 U S C § 933(a)(1) and (3) and (2) | Attempted Transfer of Firearm to Felon | 15 Years | $250,000 |
| 8, 27, 32 | 18 U S C § 924(c)(1)(A) and 2 | Using and Carrying a Firearm During and In Relation to a Drug Trafficking Crime | Man Min 5 Years | $250,000 |
| 34 | 18 U S C § 922(g)(5) and 924 | Illegal Alien in Possession of a Firearm | 15 Years | $250,000 |

***If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.**

****A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.**

Is the defendant currently in custody? Yes ( x ) No ( ) If yes, State or Federal? Writ requested ( x )

Has a complaint been filed? Yes ( x ) No ( )
If Yes Name of the Magistrate Judge James O'Hara Case No 3 26-mj-02123
Was the defendant arrested on the complaint? Yes ( x ) No ( )

Has a search warrant been issued? Yes ( ) No ( )
If Yes Name of the Magistrate Judge ______ Case No ______

Was bond set by Magistrate/District Judge? Yes ( ) No ( ) Amount of bond ______

Is this a Rule 20? Yes ( ) No ( ) To/from what district? ______
Is this a Rule 40? Yes ( ) No ( ) To/from what district? ______

Estimated trial time 2 weeks

The Clerk will issue a Summons/**Warrant** (circle one) (Note If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested Yes ( **x** ) No ( ) Recommended conditions of release ______________________