CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (Superseding) ( **x** )
Complaint ( )
Information ( )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense Davidson
AUSA's NAME Kathryn D Risinger

Reviewed by AUSA KDR
(Initials)

Faren Aldahir Marquez Cruz
Defendant's Full Name

Defendant's Address

Will Allensworth
Defendant's Attorney

Interpreter Needed? x Yes ___ No

If Yes, what language? Spanish

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX PRISON (plus any mandatory minimum) | MAX FINE |
|---|---|---|---|---|
| 2 | 18 U S C § 933(a)(1) and (3) | Gun Trafficking Conspiracy | 15 Years | $250,000 |
| 4, 5, 12, 15, 28 | 18 U S C § 933(a)(1) and (3) and (2) | Attempted Transfer of Firearm to Felon | 15 Years | $250,000 |
| 16 | 18 U S C § 922(n) | Receipt of Firearm While Under Indictment | 5 Years | $250,000 |

***If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.**

****A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.**

Is the defendant currently in custody? Yes ( **x** ) No ( ) If yes, State or **Federal**? Writ requested ( )

Has a complaint been filed? Yes ( **x** ) No ( )
If Yes Name of the Magistrate Judge **James O'Hara** Case No 3 26-mj-02123
Was the defendant arrested on the complaint? Yes ( **x** ) No ( )

Has a search warrant been issued? Yes ( ) No ( )
If Yes Name of the Magistrate Judge ________ Case No ________

Was bond set by Magistrate/District Judge? Yes ( ) No ( ) Amount of bond ________

Is this a Rule 20? Yes ( ) No ( ) To/from what district? ________
Is this a Rule 40? Yes ( ) No ( ) To/from what district? ________

Estimated trial time 2 Weeks

The Clerk will issue a Summons/**Warrant** (circle one) (Note If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested Yes ( **x** ) No ( ) Recommended conditions of release ________