CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (Superseding) ( **x** )
Complaint ( )
Information ( )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense: Davidson
AUSA's NAME: Kathryn D Risinger
Reviewed by AUSA: KDR (Initials)

Jose Luis Baza Rodriguez
Defendant's Full Name

______________________
Defendant's Address

Interpreter Needed? x Yes ___ No
If Yes, what language? Spanish

Jennifer Thompson
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX PRISON (plus any mandatory minimum) | MAX FINE |
|---|---|---|---|---|
| 1 | 21 U S C § 846 | Drug Conspiracy | Man Min 5 years<br>Max 40 years | $5,000,000 |

***If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.**

****A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.**

Is the defendant currently in custody? Yes ( ) No ( **x** ) If yes, State or **Federal**? Writ requested ( )

Has a complaint been filed? Yes ( **x** ) No ( )
If Yes Name of the Magistrate Judge **James O'Hara** Case No 3 26-mj-02123
Was the defendant arrested on the complaint? Yes ( **x** ) No ( )

Has a search warrant been issued? Yes ( ) No ( )
If Yes Name of the Magistrate Judge ______________ Case No ______________

Was bond set by Magistrate/District Judge? Yes ( ) No ( ) Amount of bond ______________

Is this a Rule 20? Yes ( ) No ( ) To/from what district? ______________
Is this a Rule 40? Yes ( ) No ( ) To/from what district? ______________

Estimated trial time 2 Weeks

The Clerk will issue a Summons/**Warrant** (circle one) (Note If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested Yes ( **x** ) No ( ) Recommended conditions of release ______________